The United States District Court
Pennsylvania

10 mc 369

Wendell Caldwell, Pro se
    Defendant

vs.

Commonwealth of Mercer
County, Pennsylvania
    Plaintiff

Case No. 1465 CR 2005
Case No. 1466 CR 2005
Case No. 1724 CR 2005

FILED 10 DEC 28 AM 9:58 US DISTRICT COURT

AND NOW, THIS ___ DAY OF Dec, 10, IT IS HEREBY ORDERED THAT THE WITHIN MOTION IS DENIED.
GARY L. LANCASTER
UNITED STATES DISTRICT JUDGE

## Writ of Prohibition for Usurpation of Power

Under Pennsylvania law, State Supreme Court has original, but not exclusive, Jurisdiction over Petitions for Writ of Prohibition. To The Honorable, The CHIEF JUDGE, Of the Supreme Court:

The Defendant, Wendell Caldwell, Pro se Petitions this Writ of Prohibition for Usurpation of Power done by President Judge Francis J. Fornelli, of Mercer County, Pennsylvania, and request this Court to assume Jurisdiction of this case(s), and represents:

1. On 10/21/05, Defendant was found guilty of cases No. 1465 CR 2005 and 1466 CR 2005 and sentence to 1 Year Probation for each charge to run consecutive to one another by Judge Russo, who in fact did not state the terms nor conditions of Probation.

2. On 10/26/05, Defendant was re-sentence on cases No. 1465 CR 2005 and 1466 CR 2005, to 6 months to 1 Year consecutive by Judge Fornelli.

3. On 11/21/05, Defendant was charged with: Aggravated Assault (F-1); Recklessly Endangering another Person (M-2); Terroristic Threats (F-3); Disorderly Conduct (M-3); Firearms not to be carried without a License (F-3); and receiving stolen property (F-3).

4. On 8/4/06, Defendant was convicted Firearms not to be carried without a License (F-3, loaded) and sentence to 2½ Years to 7 Years for case No. 1724 CR 2005 by President Judge Fornelli.